**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-03227-DTB** Date: **August 4, 2026**

Title: **Miguel Angel Sanchez Palomares v. Experian Information Solutions, Inc., et al**

===================================================================

**DOCKET ENTRY**

===================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice
Deputy Clerk

n/a
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:
None present

ATTORNEYS PRESENT FOR DEFENDANT(S):
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 3, 2026, Plaintiff and Defendant Experian Information Solutions, Inc. filed a Stipulation Extending Time to Answer the Complaint ("Stipulation"). (Docket No. 17). In the Stipulation, the parties agree to extend the time within which Defendant Experian Information Solutions, Inc. may respond to the Complaint by 28 days, up to and including August 28, 2026. (Stipulation at 2). It appears to the Court that Defendant Experian Information Solutions, Inc. has been served with the Complaint however, a proof of service has not been filed.

Pursuant to Central District of California Local Rule 4-6, Plaintiff must file a proof of service within 14 days of service of the Summons and Complaint (as well as the Notice of Assignment (Docket No. 7). Failure to file a proof of service timely may result in the imposition of sanctions against the Plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service. Without a proof of service on the docket, the Court is disinclined to consider the Stipulation.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution as to the Defendant.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon

the default of Defendant. All stipulations affecting the progress of the case must be approved by this Court. See L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendant for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**